Argued December 1, reversed and remanded December 8, 1972

STATE OF OREGON, *Respondent, v.* JAMES
HENRY HARGROVE (No. 99718),
*Appellant.*

503 P2d 721

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*John H. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

PER CURIAM.

The sole issue on this appeal is the trial judge's

refusal to grant a timely motion to exclude state's witnesses from the courtroom except when testifying. The case was tried in November of 1970,[1] prior to our opinion in *State v. Bishop,* 7 Or App 558, 492 P2d 509 (1972), which is controlling.

Reversed and remanded.

---

[1] The appeal here results from an order of the post-conviction court granting a delayed appeal.